UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SANJAYKUMAR R. PATEL, | ) | |
| | ) | |
| Plaintiff, | ) | No. 25 C 14068 |
| v. | ) | |
| | ) | Judge Ellis |
| KRISTI NOEM, Secretary of Homeland Security, *et al.*, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT**

Defendants, by their attorney, Andrew S. Boutros, United States Attorney for the Northern District of Illinois, respectfully cross-move this court for summary judgment in this matter. *See* Fed. R. Civ. P. 56. In support of this motion, defendants rely upon their accompanying memorandum and the certified administrative record. Dkt. 24-1–2.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By: s/ Joshua S. Press
JOSHUA S. PRESS
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 886-7625
joshua.press@usdoj.gov